IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTONIO LUA, | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 1:22-CV-00494 |
| AMERICAN SECURITY INSURANCE COMPANY, | § § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Voluntary Dismissal. [Dkt. 8]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 20th day of April, 2023.**

_____
Michael J. Truncale
United States District Judge